IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60735
Conference Calendar

_____

RICHARD AMOS MCGEE,

                                        Plaintiff-Appellant,

versus

MISHELIA JOHNSON; ZANDRA MCCLOUD;
LAKE LINDSEY; LARA COLE,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:96-CV-92-BN
- - - - - - - - - -
February 11, 1998
Before SMITH, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

        Richard Amos McGee, Mississippi prisoner # 71701, appeals the magistrate judge's grant of summary judgment in favor of the defendants in his pro se and in forma pauperis civil rights complaint wherein he argued that he was denied access to the courts.  He argues that the magistrate judge erred in dismissing his complaint and suggests that his consent to proceed before the magistrate judge was not voluntarily given.

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We have reviewed the record and the briefs of the parties and find no reversible error.  The record indicates that McGee's consent to proceed before the magistrate judge was informed and voluntary.  The appeal is without arguable merit.  Accordingly, we DISMISS for the reasons stated by the magistrate judge.  See McGee v. Johnson, No. 3:96cv92BN (S.D. Miss., Oct. 10, 1996).  In addition, we note that McGee has filed several civil rights complaints in the district court and therefore warn McGee that any frivolous appeals will invite the imposition of sanctions.  To avoid sanctions McGee should review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED.  SANCTION WARNING ISSUED.